IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO: 1:18-cr-00412 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Senior Judge Christopher A. Boyko |
| | ) | |
| CHRISTOPHER D. CHAPMAN, | ) | |
| | ) | |
| Defendant. | ) | ORDER |
| | ) | |

This matter was before the Court on October 4, 2023, for hearing on the Government's request for revocation of Defendant Christopher D. Chapman  supervised release.  The Defendant was present and represented by counsel.

A Supervised Release Violation hearing was held by Magistrate James Grimes on December 2, 2022, at which time the court found that defendant violated and admitted the terms of his supervised release as alleged in Violation:

**Violation 1:** New Law Violation:

On November 10, 2022, the Lorain Police Narcotics Unit, Elyria Police Narcotics Unit, and the Elyria Police Special Response Team, served a warrant at 126 Artemas Court in Elyria, Ohio. Mr. Chapman was arrested, and the following criminal complaints have been filed in the Elyria Municipal Court: Trafficking in Drugs (Cocaine), a Felony in the First Degree, Possession of a Controlled Substance (Cocaine), a Felony in the First Degree, and Having Weapons Under Disability, a Felony in the Third Degree.

The Magistrate Judge issued a Report and Recommendation on December 5, 2023. The Court adopts the Magistrate Judge's Report and Recommendation.

The Court finds Defendant in violation of Violation No. 1. The Defendant sentenced to the custody of the Bureau of Prisons for 24 months custody with 18 months to run

consecutively to 1:23-cr-00075  with no additional supervised release to follow. The

Defendant given credit for time served.

   IT IS SO ORDERED.


                                             s/ Christopher A. Boyko
                                             CHRISTOPHER A. BOYKO
                                             SENIOR UNITED STATES DISTRICT JUDGE


       DATED: October 4, 2023